JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:24-cv-00439-SSS-SPx |
|---|---|
| Plaintiff, | **ORDER DISMISSING THE CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| v. | |
| Leslie Jonkey, Jr., | |
| Defendant. | |

1 | Pursuant to the Stipulation to Dismiss the United States' Complaint Pursuant
2 | to Fed. R. Civ. P. 41(a)(2) and Retain Jurisdiction To Enforce Settlement
3 | Agreement, filed by the Parties in this action on September 6, 2024, IT IS
4 | HEREBY ORDERED AND ADJUDGED THAT:

(1) The Court retains jurisdiction to enforce the terms of the Parties' Settlement Agreement; and

(2) The Court dismiss the United States' complaint and claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 11, 2024

_____
Honorable Sunshine S. Sykes
United States District Judge